IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BLAIR PROPERTIES, LLC,**

    **Plaintiff/Counterdefendant,**

**v.**                                                    **No. 13-cv-0200 MCA/SMV**

**CBM PARTNERS CORPORATION,**

    **Defendant/Counterclaimant.**

## ORDER TO FILE CLOSING DOCUMENTS

The parties have reached a settlement in this matter. [Doc. 35].

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **March 31, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                     _____
                                                     **STEPHAN M. VIDMAR**
                                                     **United States Magistrate Judge**